# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSONDRA JOSEPH, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SAKS FIFTH AVENUE, LLC; LORD & TAYLOR LLC; and HUDSON'S BAY COMPANY,<br><br>Defendants. | Case No.: 18-cv-04563 (KBF)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Cassondra Joseph, through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against defendants SAKS FIFTH AVENUE, LLC, LORD & TAYLOR LLC, and HUDSON'S BAY COMPANY, without costs, and without fees.

Dated: August 14, 2018
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**KAPLAN FOX & KILSHEIMER LLP**

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ David Straite_
　　　　　　　　　　　　　　　　　　　　　　　　David A. Straite
　　　　　　　　　　　　　　　　　　　　　　　　Ralph E. Labaton
　　　　　　　　　　　　　　　　　　　　　　　　850 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　　　　*dstraite@kaplanfox.com*
　　　　　　　　　　　　　　　　　　　　　　　　Tel.: 212.687.1980
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 212.687.7714
　　　　　　　　　　　　　　　　　　　　　　　　　　　-and-

2

Laurence D. King
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel: 415.772.4700
Fax: 415.772.4707

*Attorneys for Plaintiff Cassondra Joseph
and the Proposed Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 14, 2018, I caused the foregoing NOTICE OF VOLUNTARY DISMISSAL to be served electronically via the Court's CM/ECF system upon all counsel of record.


Dated: August 14, 2018                     */s/ Ralph E. Labaton*
                                                 Ralph E. Labaton